RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
TREVOR SANDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 15-017-WHO** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER** |
| TREVOR SANDS | |
| Defendant. | |

Trevor Sands, by and through his counsel of record Randy Sue Pollock and Assistant United States Attorney Frank Riebli, hereby request that the status conference/change of plea presently set for Thursday, July 16, 2015 at 9 a.m. to Thursday, August 20, 2015 at 9 a.m..

The parties need additional time in order to resolve the terms of the plea agreement.  Additionally, defense counsel must appear in Department 3 of the Santa Clara Superior Court on August 20, 2015 at 9 a.m. in *California State Board of Equalization vs. Violet Sarkis [Case No. 115CV282249]*.   This case could not be rescheduled.

///

///

1  Counsel is also unavailable in early August as she is scheduled for knee revision
2  surgery on July 31, 2015 and is supposed to stay at home for the first two weeks
3  following surgery.
4  It is accordingly proposed that the time period from July 16, 2015 to August 20,
5  2015 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), given
6  that the ends of justice served by granting a continuance outweigh the best interests of the
7  public and of the defendant in a speedy trial.  Also, this time period is excludable
8  pursuant to Section 3161(h)7(B)(iv) for continuity of counsel.

Dated:  July 13, 2015                      Respectfully submitted,

                                            /s/ RANDY SUE POLLOCK
                                            RANDY SUE POLLOCK
                                            Attorney for Defendant
                                            TREVOR SANDS

Date:  July 13, 2015                       /s/  FRANK RIEBLI
                                            FRANK RIEBLI
                                            Assistant United States Attorney

SO ORDERED:

Date: July 14, 2015                        HON. WILLIAM H. ORRICK

2