RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
TREVOR SANDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TREVOR SANDS<br><br>          Defendant.<br>_____/ | **CASE NO. 15-017-WHO**<br><br>**STIPULATION TO CONTINUE SENTENCING;**<br>**PROPOSED ORDER**<br>_____ |

     Trevor Sands, by and through his counsel of record Randy Sue Pollock and Assistant United States Attorney Frank Riebli, hereby request that the sentencing presently set for January 14, 2016 be continued to January 21, 2016, due to fact that defendant's family will be out of the state on January 14th and desire to be present.

///

///

///

///

///

United States Probation Officer Emily Libby has no objection to this continuance.

                                           Respectfully submitted,

Dated: December 7, 2015        /s/ RANDY SUE POLLOCK
                                           RANDY SUE POLLOCK
                                           Attorney for Defendant
                                           TREVOR SANDS

Date: December 7, 2015         /s/ FRANK RIEBLI
                                           FRANK RIEBLI
                                           Assistant United States Attorney

SO ORDERED:

Date: 12/7/2015                   HON. WILLIAM H. ORRICK